24747. BARRON *v.* THE STATE.

MACINTYRE, J. This case is controlled by the decision of this court in the companion case of *Johnson* v. *State,* ante.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED JUNE 27, 1935.

*Herschel Parham, William A. Ingram,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.